1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF MEMBER DEMETRIO,<br><br>    Plaintiff,<br><br>v.<br><br>BOARS CROSSN INC., *et al.*,<br><br>    Defendants. | Civil No. 06cv2503-L(POR)<br><br>**ORDER GRANTING JOINT MOTION DISMISSAL** |

On April 3, 2007, Plaintiff and Defendant Boars Crossn Inc., the only named defendant in this action, filed a joint motion for dismissal with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a), the complaint in this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**


DATED: April 5, 2007

M. James Lorenz
United States District Court Judge

06cv2503

1 | COPY TO:

2 | HON. LOUISA S. PORTER
   | UNITED STATES MAGISTRATE JUDGE

3 | ALL PARTIES/COUNSEL